UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IRVIN FRANCISCO CHAVEZ
    ANDABLO,

    Applicant,

v.                                                                CASE NO. 8:26-cv-1172-SDM-AAS

WARDEN, Polk County Jail, *et al.*,

    Respondents.

_____/

## **ORDER**

Chavaz Andablo applies under 28 U.S.C. § 2241 for the writ of habeas corpus and moves for an emergency temporary restraining order ("TRO").  (Docs. 1 and 5) Chavaz Andablo seeks immediate relief to "[e]njoin Respondents and those acting in concert with them from (a) transferring Petitioner out of the Middle District of Florida, transferring him into DHS/ICE custody, or otherwise changing his custody location without prior Court authorization; (b) removing Petitioner from the United States; and (c) denying Petitioner confidential legal calls/visits reasonably necessary to litigate this habeas action."  (Doc. 5 at 4)  Chavaz Andablo correctly recognizes that, "[t]o obtain a TRO, Petitioner must demonstrate: (1) likelihood of success on the merits, (2) irreparable harm absent relief, (3) the balance of equities tips in his favor, and (4) the public interest supports relief."  (Doc. 5 at 6)  *See Keeton v.*

*Anderson–Wiley*, 664 F.3d 865, 868 (11th Cir. 2011) (applying the same requirements to a preliminary injunction).

A preliminary injunction is considered "an extraordinary and drastic remedy," which should not be granted unless the movant clearly establishes that he has satisfied all four requisites. *Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (*en banc*) (quotation omitted). Considering the current state of the law regarding this habeas action, Chavaz Andablo is unlikely to show the first requirement: "likelihood of success on the merits." *Buenrostro-Mendez v. Vergara*, 166 F.4th 494 (5th Cir. 2026); *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026); *Lopez v. Director of Enforcement and Removal Operations*, ___ F. Supp. ___, 2026 WL 261938 (M.D. Fla. January 26, 2026) (Pratt, J.).

Chavaz Andablo's motion (Doc. 5) for a temporary restraining order or preliminary injunction is **DENIED**.

ORDERED in Tampa, Florida, on May 1, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE